UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Linda Faye Brake**,

Soc. Sec. No. xxx-xx-4448
Mailing Address: 2533 Wheeles Cabin Road, Nashville, NC
27856-

Debtor.

Case No.: 26-80014

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 1/20/26, a copy of the **Chapter 13 Plan** was served  on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Conn Credit Corporation, Inc.
Attn: Officer
C/O CT Corporation System
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

and  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 1/20/26

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Best Egg
Post Office Box 42912
Philadelphia, PA 19101

Best Egg/SST
PO Box 5493
Carol Stream, IL 60197-5493

Best Egg/SST
4315 Pickett Road
Saint Joseph, MO 64503

Capital One Bank USA
PO BOX 31293
Salt Lake City, UT 84131-1293

Capital One Bank**
Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Capital One Bank**
Bankruptcy Department
Post Office Box 30285
Salt Lake City, UT 84130-0285

Century Finance Rocky Mount
453 Sunset Ave
Rocky Mount, NC 27804

Century Finance, Inc. (RA)
c/o Registered Agent
441 Sunset Avenue
Rocky Mount, NC 27804-5614

Century Finance, Inc. (RA)
c/o Registered Agent
417 Sunset Avenue
Rocky Mount, NC 27804-5614

Citicards **
Customer Service
Post Office Box 6500
Sioux Falls, SD 57117

Citicards CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108

Civic Credit Union
Attn: Officer
323 W Jones Street Ste 6
Raleigh, NC 27603

Civic Credit Union
ATTN: Officer
3600 Wake Forest Road
Raleigh, NC 27609

Conn Credit Corporation
C/O CT Corporation System
Attn: Officer or Managing Agent 160
Raleigh, NC 27615

Conn's Credit Co. **
Attn: Officer
3295 College Street
Beaumont, TX 77701-4611

Conn's Credit Corp
Attn: Officer
Post Office Box 2358
Beaumont, TX 77704

Discover **
Post Office Box 30943
Salt Lake City, UT 84130

Discover Bank
PO Box 15316
Attn: CMS/PROD DEVELOP
Wilmington, DE 19850

Discover Bank**
Post Office Box 30943
Salt Lake City, UT 84130

Fingerhut Advantage/Webbank
6250 Ridgewood Road
Saint Cloud, MN 56303

Guardian Holdings In
3801 Sunset Ave
Rocky Mount, NC 27804

Mariner Finance (RA)
C/O Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

Nash County Tax Dept.**
120 West Washington Street
Suite 2058
Nashville, NC 27856

NC Department of Revenue **
Attn: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Nissan Motor Acceptance (DMV)
Post Office Box 254648
Sacramento, CA 95865-4648

Nissan Motor Acceptance ****
Attn: Officer
PO Box 660360
Dallas, TX 75266

Regional Finance CT
c/o CT Corporation System
160 Mine Lake Ct. Ste 200
Raleigh, NC 27615-6417

Regional Finance Greer
979 Batesville Road
Ste B
Greer, SC 29651-6819

Republic Finance
7031 Commerce Circle
Ste. 100
Baton Rouge, LA 70809

Shellpoint Mortgage Servicing
Attn: Officer
55 Beattie Place, Suite 600
Greenville, SC 29601

Shellpoint Mortgage Servicing
Attn: Officer
Post Office Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
Attn: Managing Agent
Post Office Box 1410
Troy, MI 48099-1410

SYNCB/Amazon
4125 Windward Plaza
Alpharetta, GA 30005

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896

Syncb/Care Credit
Po Box 71757
Philadelphia, PA 19176-1757

SYNCB/Sam's Club
Post Office Box 71727
Philadelphia, PA 19176-1727

SYNCB/Sams
4125 Windward Plaza
Alpharetta, GA 30005

SYNCB/Sams Club
PO Box 530942
Atlanta, GA 30353

Synchrony Bank (Amazon)
Attn: Bankruptcy Dept.
Post Office Box 965060
Orlando, FL 32896-5060

Synchrony Bank (Amazon)
Post Office Box 965013
Orlando, FL 32896-5013

Upgrade, Inc
2 N. Central Ave.
10th Floor
Phoenix, AZ 85004

Upgrade, Inc.
275 Battery Street
22nd Floor
San Francisco, CA 94111

US Attorney's Office (ED)**
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-1461