UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM  DIVISION

In re:
Linda Faye Brake,

Soc. Sec. Nos. Xxx-xx-4448
Mailing Address: 2533 Wheeles Cabin Road, Nashville, NC
27856

Debtor.

Case No.: 26-80014

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF  PLAN

I, Angel West, certify that on 4/14/26, a copy of the  **chapter 13 Plan** was served on each of the following creditors by **regular, first class United States mail**,, postage fully pre-paid, upon the following creditors::

Conn Credit Corporation, Inc.
Attn: Officer
C/O CT Corporation System
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

Conn's INC Serviced
Jefferson Capital Systems, LLC Assignee
Attn: Officer
PO Box 7999
Saint Cloud, MN 56302-9617

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 14, 2026

/s Angel West

Angel West

CertificateOfServiceAmended.wpt (rev. 1/13/20)

Label Matrix for local noticing
0418-1
Case 26-80014
Middle District of North Carolina
Durham
Tue Apr 14 08:05:29 EDT 2026

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826,
Greenville, SC 29603-0826

Durham
101 S. Edgeworth St.
Greensboro, NC 27401-6024

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

Best Egg
Post Office Box 42912
Philadelphia, PA 19101-2912

Best Egg/SST
4315 Pickett Road
Saint Joseph, MO 64503-1600

Best Egg/SST
PO Box 5493
Carol Stream, IL 60197-5493

Capital One Bank USA
PO BOX 31293
Salt Lake City, UT 84131-0293

Capital One Bank**
Bankruptcy Department
Post Office Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank**
Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Century Finance Rocky Mount
453 Sunset Ave
Rocky Mount, NC 27804-5614

Century Finance, Inc.
453 Sunset Ave
Rocky Mount, NC 27804-5614

(c)CENTURY FINANCE, INC. (RA)
C/O REGISTERED AGENT
453 SUNSET AVE
ROCKY MOUNT NC  27804-5614

Century Finance, Inc. (RA)
c/o Registered Agent
441 Sunset Avenue
Rocky Mount, NC 27804-5614

Citicards **
Customer Service
Post Office Box 6500
Sioux Falls, SD 57117-6500

Citicards CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108-5027

(p)CIVIC FCU
3600 WAKE FOREST RD STE 2000
RALEIGH NC  27609-7329

Civic Credit Union
Attn: Officer
323 W Jones Street Ste 6
Raleigh, NC 27603-1365

Conn Credit Corporation
C/O CT Corporation System
Attn: Officer or Managing Agent 160
Raleigh, NC 27615

Conn's Credit Co. **
Attn: Officer
3295 College Street
Beaumont, TX 77701-4611

Conn's Credit Corp
Attn: Officer
Post Office Box 2358
Beaumont, TX 77704-2358

Conn's INC Serviced
Jefferson Capital Systems, LLC Assignee
PO Box 7999
Saint Cloud, MN 56302-7999

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
P.O. Box 2002
Allen, TX 75013-2002

Fingerhut Advantage/Webbank
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Guardian Holdings In
3801 Sunset Ave
Rocky Mount, NC 27804-3126

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARINER FINANCE
8110 CORPORATE DR
NOTTINGHAM, MD 21236-5034

Mariner Finance (RA)
C/O Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

Mariner Finance ***
Attn: Officer
8211 Town Center Drive
Nottingham, MD 21236-5904

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

NC Department of Revenue **
Attn: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Nash County Tax Dept.**
120 West Washington Street
Suite 2058
Nashville, NC 27856-1376

Nissan Motor Acceptance (DMV)
Post Office Box 254648
Sacramento, CA 95865-4648

Nissan Motor Acceptance ****
Attn: Officer
PO Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance Corp.
PO Box 9013
Addison, TX 75001-9013

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Regional Finance CT
c/o CT Corporation System
160 Mine Lake Ct. Ste 200
Raleigh, NC 27615-6417

Regional Finance Greer
979 Batesville Road
Ste B
Greer, SC 29651-6819

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SYNCB/Amazon
4125 Windward Plaza
Alpharetta, GA 30005-8738

SYNCB/Care Credit
PO Box 965036
Orlando, FL 32896-5036

SYNCB/Sam's Club
Post Office Box 71727
Philadelphia, PA 19176-1727

SYNCB/Sams
4125 Windward Plaza
Alpharetta, GA 30005-8738

SYNCB/Sams Club
PO Box 530942
Atlanta, GA 30353-0942

Shelby Mashigian
PO Box 9013
Addison, TX 75001-9013

Shellpoint Mortgage Servicing
Attn: Managing Agent
Post Office Box 1410
Troy, MI 48099-1410

Shellpoint Mortgage Servicing
Attn: Officer
55 Beattie Place, Suite 600
Greenville, SC 29601-2165

Shellpoint Mortgage Servicing
Attn: Officer
Post Office Box 10826
Greenville, SC 29603-0826

Syncb/Care Credit
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank (Amazon)
Attn: Bankruptcy Dept.
Post Office Box 965060
Orlando, FL 32896-5060

Synchrony Bank (Amazon)
Post Office Box 965013
Orlando, FL 32896-5013

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

U.S. Bank Trust N.A. Trustee (See 410)
c/o NewRez LLC d/b/a Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401-6045

US Attorney's Office (ED)**
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-2959

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

William Lee
PO Box 9013
Addison, TX 75001-9013

Anita Jo Kinlaw Troxler
Greensboro Chapter 13 Office
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402-1720

Erica Capron NeSmith
Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615-6524

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401-6026

Linda Faye Brake
2533 Wheeles Cabin Road
Nashville, NC 27856-7701

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC on behalf of UHG I LL
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Civic Credit Union
ATTN: Officer
3600 Wake Forest Road
Raleigh, NC 27609

(d)Civic FCU
3600 Wake Forest Rd - Attention BK
Raleigh, NC 27609

Discover **
Post Office Box 30943
Salt Lake City, UT 84130

(d)Discover Bank
PO Box 15316
Attn: CMS/PROD DEVELOP
Wilmington, DE 19850

(d)Discover Bank**
Post Office Box 30943
Salt Lake City, UT 84130

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Jefferson Capital Systems, LLC
Po Box 7999
St Cloud, MN 56302-9617

Republic Finance
7031 Commerce Circle
Ste. 100
Baton Rouge, LA 70809

(d)Republic Finance, LLC
282 Tower Rd.
282 Tower rd
282 Tower Rd.
Ponchatoula, LA 70454

Upgrade, Inc
2 N. Central Ave.
10th Floor
Phoenix, AZ 85004

(d)Upgrade, Inc.
275 Battery Street
22nd Floor
San Francisco, CA 94111

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Century Finance, Inc. (RA)
c/o Registered Agent
417 Sunset Avenue
Rocky Mount, NC 27804-5614

End of Label Matrix
Mailable recipients    70
Bypassed recipients     0
Total                  70